**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**WILLIE LEMONT SIMPSON, JR.**        **PLAINTIFF**

**V.**        **NO. 3:26-CV-188-SA-RP**

**SNAPCHAT, INC., et al**        **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN _IN FORMA PAUPERIS_ APPLICATION, AUTHORIZATION AND CERTIFICATE

Plaintiff is a prisoner proceeding _pro se_. Plaintiff has requested leave to proceed _in forma pauperis_ pursuant to 28 U.S.C. § 1915 in this 42 U.S.C. § 1983 case.

The court finds that Plaintiff's application for _in forma pauperis_ status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. _See_ 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed _in forma pauperis_. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for _in forma pauperis_, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 8th day of July 2026.

/s/      **Roy Percy**
UNITED STATES MAGISTRATE JUDGE